IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIEL RODRIGUEZ, | 1:05-CV-0726 REC WMW P |
| Plaintiff, | |
| vs. | |
| WALLEY, FIGUEROA, et al., | |
| Defendants. | ORDER TRANSFERRING CASE |
| _____/ | |

Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in this district. The claim arose in Coleman,

1  Florida, which is in the Middle District of Florida. Therefore, plaintiff's claim should have been
2  filed in the United States District Court for the Middle District of Florida. In the interest of
3  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
4  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
5     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
6  States District Court for the Middle District of Florida, 611 United States Courthouse, 80 North
7  Hughey Avenue, Orlando, FL 32801.
8  IT IS SO ORDERED.
9  **Dated:   July 12, 2005**          **/s/  William M. Wunderlich**
   j14hj0                              UNITED STATES MAGISTRATE JUDGE